1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLIE ZUNIGA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., D/B/A PLAYBOY,<br><br>Defendant. | Case No. 1:25-cv-01224-BAM<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

The Court, having considered the stipulation of Plaintiff CARLIE ZUNIGA ("Plaintiff") and Defendant PLAYBOY ENTERPRISES INTERNATIONAL, INC., D/B/A PLAYBOY ("Defendant"), and good cause appearing, hereby APPROVES the stipulation and ORDERS that the deadline for Defendant to respond to the Complaint is extended by 30 days, up to and including December 18, 2025.

IT IS SO ORDERED.

Dated:    **November 14, 2025**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE