UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLIE ZUNIGA,

              Plaintiff,

v.

PLAYBOY ENTERPRISES
INTERNATIONAL, INC.,

              Defendants.

Case No. 1:25-cv-01224-FRS

ORDER RE: NOTICE OF VOLUNTARY
DISMISSAL OF ACTION

(ECF No. 9)

On January 7, 2026, Plaintiff filed a notice voluntarily dismissing this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 9). Therefore, this action has been dismissed. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Titus v. BlueChip Fin*., 786 F. App'x 694, 695 (9th Cir. 2019) (unpublished) (citing *Emp'rs-Teamsters Local Nos. 175 & 505 Pension Tr. Fund v. Anchor Capital Advisors*, 498 F.3d 920, 924 (9th Cir. 2007)). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines and proceedings and then close the case.

IT IS SO ORDERED.

Dated:    **January 12, 2026**

/s/ _Eric P. Groi_
UNITED STATES MAGISTRATE JUDGE

1